UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

Douglas Coleman,

        Plaintiff,                  Case No. 1:21-cv-584

v.                                       Honorable Ray Kent

Unknown Parties,

        Defendant.
_____/

**JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   November 23, 2021            /s/ Ray Kent
                                                           Ray Kent
                                                           United States Magistrate Judge